# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WINTERSPRING DIGITAL LLC, § | Case No. 2:23-cv-00013-JRG-RSP |
| § | |
| Plaintiff, § | **JURY TRIAL DEMANDED** |
| § | |
| v. § | |
| § | |
| MICROCHIP TECHNOLOGY INC., § | |
| § | |
| Defendant. § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Winterspring Digital LLC ("Plaintiff" or "Winterspring") hereby gives notice that the above-captioned action against Defendant Microchip Technology Inc. ("Defendant" or "Microchip") is voluntarily dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys fees.

Dated March 28, 2023

Respectfully submitted,

 /s/ Vincent J. Rubino, III
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricandllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove

Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF***
***WINTERSPRING DIGITAL LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 28, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III
